# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TROY OLMSTED,

    Plaintiff,

v.

OFFICER SHERMAN,
in his official and personal capacities,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-439-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

JOEL TURNER

**Joel Turner, Acting Clerk**

/s/ M . Hardin

**by Deputy Clerk**

_____8/1/08_____
Date