# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TROY OLMSTED,

        Plaintiff,

   v.

MICHAEL SHERMAN,
in his official and personal capacities,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-439-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant with prejudice.

PETER OPPENEER

Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____6/9/09_____
Date